UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Nancy Kindle, )<br>)<br>)<br>Plaintiff(s) )<br>) <br>vs. )<br>)<br>Delta Growers Association, et al., )<br>)<br>)<br>Defendant(s) ) | Case No. 4:10cv00737HEA |

## **ORDER**

The above styled and numbered case was filed on April 28, 2010 and randomly assigned to the Honorable Henry E. Autrey , United States District Judge.

After a review of the case, the Clerk's Office found that the case was opened incorrectly. The case should have been assigned to our Southeastern Division. Accordingly, the case has been transferred to our Southeastern Division and given Case No. 1:10cv00069 and randomly assigned to Honorable Lewis M. Blanton, United States Magistrate Judge.

Dated this 29th day of April, 2010.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

**Please note the new case number: 1:10cv00069LMB.**.